# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**Elizabeth M Silar, Plaintiff,**

**v.**

**David P Steiner, Postmaster General, Defendant.**

RECEIVED

2026 AUG -3  A 11: 52

TROY ...
I   DISTR...
M...E DISTRI...  ALA

CIVIL ACTION NO. 1:26-cv-630-RAH-JTA _____

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff: Elizabeth M Silar,
   74 County Road 504, Elba, AL 36323,
   Phone 334-282-5833.

2. Defendant: David P Steiner, Postmaster General, USPS,
   475 L'Enfant Plaza SW,

Washington, DC 20260.

3. Place: Enterprise Post Office, Coffee County, Alabama, Middle District.

4. Date: July 27, 2023, through June 28, 2024, continuing.

5. Facts: Employed USPS since April 30, 2022, as CCA, full-time Carrier Jan 28, 2023, Enterprise, no prior discipline.
July 27, 2023, Postmaster Bradley Colquette aggressive confrontation re route changes after safety concerns.
July 28, 2023, touched arm without consent, mocked, racial 'Linda Linda' Mexican stereotypes, and inappropriate lunch comment.
Retaliation: Aug 3 threaten discipline; Aug 15 threatened to make me an unassigned regular; Aug 17 converted my sick leave to LWOP; Aug 22 false mail; LOW Sept 22 & 27; continued monitoring on Sept 25, Oct 23, and Dec 12; Sept 19 false daughter in postal vehicle and Sept 26 threatens 'come after me;
May 4, 2024, moved desk behind to stare; May 13 public shaming; June 28 pretextual interview for overtime.

Witnesses: Tracy, Tae Paek, Mike Armstrong, Joe Stevens, Kentrell Hill, Wayne Risher.

Harm: anxiety, insomnia, panic, humiliation, family strain.

EEO prompt filed. Right to Sue dated May 8, 2025. Filed within 90 days. Basis: Sexual harassment, Sex, Race, Hostile work environment, Retaliation Title VII. 6. Relief: Compensatory damages, back pay, removal of discipline, injunctive relief, jury trial, any other just relief.

I declare under penalty of perjury true and correct.

Date: 5/4 27 2025 Signature: _____
Elizabeth M Silar - 334-282-5833

Elizabeth Silar
74 County Rd 504
Elba, AL 36323

RETURN RECEIPT
REQUESTED



CERTIFIED MAIL®

9589 0710 5270 2517 3071 12

Retail

MONTGOMERY AL 026

RDC 99

36104

U.S. POSTA
FCM LETTE
OZARK, AL
JUL 30, 202

$10.4

S2324M501

Clerk of Court  U.S. District
Court Middle District of Southern Division
One Church Street
Montgomery AL 36104

36104-401801